# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Jessica Bridget Soto,<br>　　　　Defendant. | No. CR-16-00478-019-TUC-JGZ (LAB)<br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Leslie A. Bowman that recommends denying Defendant Jessica Bridget Soto's Motion to Suppress. (Doc. 802.) Petitioner filed an Amended Objection to the R&R on September 13, 2017. (Doc. 869.) For the reasons stated herein, the Court will deny the Objection and adopt the R&R.

When reviewing a Magistrate Judge's Report and Recommendation, this Court "shall make a de novo determination of those portions of the report ... to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991) (*citing Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the matter on the applicable law. *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979) (citing

*Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974)). ). If the Court rejects the credibility findings of the magistrate judge, a *de novo* hearing is required. *United States v. Ridgway*, 300 F.3d 1153, 1157 (9th Cir. 2002).

As thoroughly explained by Magistrate Judge Bowman, DPS Trooper Kinser's stop of Defendant's vehicle was supported by reasonable suspicion. Based on Defendant's commission of a traffic violation. Defendant does not deny that she violated A.R.S. § 28-721.B. Consequently, whether Officer Kinser subjectively considered the BOLO is irrelevant. *See United States v. Orozco*, 858 F.3d 1204, 1210 (9th Cir. 2012) (where vehicle stop is based on reasonable suspicion, the subjective intent of the law enforcement officer is irrelevant). Having reviewed the transcript and the parties' briefs, the Court rejects Defendant's claim that DPS Trooper Kinser's testimony was not credible and declines to disturb the credibility finding of the Magistrate. As Defendant's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Bowman, Defendant's objections are rejected and the Report and Recommendation is adopted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation (Doc. 802) is accepted and adopted;
2. Defendant's Motion to Suppress (Doc. 498) is DENIED.

Dated this 27th day of September, 2017.

_____
Honorable Jennifer G. Zipps
United States District Judge